■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS RAMOS, Appellant. [979 NYS2d 515]—

The verdict was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the jury's determinations concerning identification and credibility. Defendant was identified by three witnesses, each of whom knew defendant from prior occasions.

We perceive no basis for reducing the sentence. Concur— Tom, J.P., Sweeny, DeGrasse, Gische and Clark, JJ.